# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

2010 JAN 28 PM 2: 11

GORDIAN E. QUALLS,       )
                         )
    Plaintiff,       )
                         )
v.                       )       CASE NO. CV409-167
                         )
SCMPD OFFICER MARCUS PAIGE,  )
SCMPD OFFICER JOHN MCNAMARA, )
LANCE LANG, JOHN NEVIN, and )
CNT INFORMANT CRI 850,   )
                         )
    Defendants.      )
                         )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this **28th** day of January, 2010.

                    WILLIAM T. MOORE, JR., CHIEF JUDGE
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA